MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1160 Town Center Drive, Suite 3300
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
       tenesa.scaturro@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SAHARA SUNRISE HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC<br><br>Defendants. | Case No.:  2:16-cv-00463-GMN-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP and defendants Sahara Sunrise Homeowners Association and Alessi & Koenig, LLC hereby stipulate to dismiss this action with prejudice with each party to bear their own fees and costs.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1

Dated this 5th day of October, 2016.

**AKERMAN LLP**

*/s/ Melanie D. Morgan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

Dated this 5th day of October, 2016.

**ALESSI & KOENIG, LLC**

*/s/ Steven T. Loizzi, Esq.*
STEVEN T. LOIZZI, JR., ESQ.
Nevada Bar No. 10920
9500 W. Flamingo, Suite 205
Las Vegas, Nevada 89147

*Attorney for Alessi & Koenig, LLC*

Dated this 5th day of October, 2016.

**BOYACK ORME & TAYLOR**

*/s/ Kelley K. Blatnik, Esq.*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
KELLEY K. BLATNIK, ESQ. (of counsel)
Nevada Bar No. 12768
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145

*Attorneys for Sahara Sunrise Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2016

2